# United States District Court
# For The Western District of North Carolina
# Charlotte Division

F. Bryant Brown,

    Petitioner,                  JUDGMENT IN A CIVIL CASE

vs.                                  3:08cv519

USA,

    Respondent.

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/11/2008 Order.

Signed: December 12, 2008

Frank G. Johns, Clerk
United States District Court